AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  5/18/2006 |
| NAME OF SERVER *(PRINT)*  John P. Cochran | TITLE  Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Federal Express, delivery w/signature confirmed service on Latin Concepts LLP's registered agent.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/26/2006          _____
                 Date                    Signature of Server

4718 N 20th Pl Arlington VA 22207
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FedEx US Airbill** Express

SPH33
Form 0215
Sender's Copy

**From** Please print and press hard.

Date 5/17/2006
Sender's FedEx Account Number 2477-9340-2
FedEx Tracking Number 8526 6726 8990

Sender's Name John P. Cochran
Phone (301) 599-7620

Company LAW OFFICES OF JIMMY BELL PC

Address 9610 MARLBORO PIKE
Dept/Floor/Suite/Room

City UPPER MARLBORO    State MD    ZIP 20772-3670

Your Internal Billing Reference Summons & Complaint

**To**
Recipient's Name Latin Concepts, LLC
Phone (202) 483-0001

Company c/o Agents, Title & Escrow, Inc.
Suite 300
Dept/Floor/Suite/Room

Recipient's Address 1732 Connecticut Ave NW

City Washington    State DC    ZIP 20009

0309824459

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice, 9, UN 1845 ___ kg
- [ ] Cargo Aircraft Only

**7 Payment Bill to:**
- [X] Sender Acct No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages 1    Total Weight ___    Total Declared Value $ .00

**8 Sign to Authorize Delivery Without a Signature**

466

Case 1:06-cv-00922-CKK    Document 3    Filed 05/26/2006    Page 3 of 4

United States Home    Information Center | Customer Support | Site Map



| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |
| Ship | Track | Manage My Account | International Tools |

# Track Shipments
# Detailed Results

Printable Version    Quick Help

**Tracking number** 852667268990
**Signed for by** F.MATLOCK
**Ship date** May 17, 2006
**Delivery date** May 18, 2006 1:17 PM

**Reference** SUMMONS & COMPLAINT
**Delivered to** Receptionist/Front Desk
**Service type** Standard Envelope

**Status** Delivered

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

**Shipping Freight?**
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 18, 2006 | 1:17 PM | **Delivered** | | |
| | 8:32 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:11 AM | At local FedEx facility | WASHINGTON, DC | |
| May 17, 2006 | 11:19 PM | At dest sort facility | DULLES, VA | |
| | 8:41 PM | Left origin | CROFTON, MD | |
| | 5:44 PM | Picked up | CROFTON, MD | |



Need to track a FedEx SmartPost shipment? Click here

**Subscribe to tracking updates (optional)**

**Your Name:**

**Your Email Address:**

**Email address**    **Language**    **Exception updates**    **Delivery updates**

**Select format:**    HTML    Text    Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions

http://www.fedex.com/Tracking (1 of 2)5/25/2006 1:51:29 PM

FedEx | Track

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx