UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY ST. CLAIR**      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Civil Action No. 1:06cv00922 (CKK) |
| ) | |
| **LATIN CONCEPTS, LLC d/b/a**      ) | Judge Colleen Kollar-Kotelly |
| Chi-Cha Lounge      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Latin Concepts LLC (**"Latin Concepts"**), by and through its undersigned counsel, hereby moves for dismissal of all claims against it.

The grounds for this motion are set forth in detail in the concurrently filed memorandum in support of the motion to dismiss. These grounds may be summarized as follows:

1.     The Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim against Defendant Latin Concepts as the Defendant does not own or trade as Chi-Cha Lounge.

2.     Defendant is also entitled to judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

WHEREFORE, Defendant Latin Concepts respectfully requests that the Complaint be dismissed in its entirety and that Defendant be awarded its costs, attorneys' fees, and such other

relief as this Court deems just.  In the alternative, Defendant would request that it this Court grant it judgment on the pleadings.

                          Respectfully submitted,

                          THOMPSON HINE LLP

By: _____/s/_____
    Christopher "Kip" Schwartz (444650)
    Brooke Falk-McEnery (492513)
    Thompson Hine LLP
    1920 N Street, N.W.
    Suite 800
    Washington, D.C. 20036
    (202) 331-8800
    Fax:  (202) 331-8330

    Counsel for Defendant
    Latin Concepts, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY ST. CLAIR** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00922 (CKK) |
| ) | |
| **LATIN CONCEPTS, LLC d/b/a** ) | Judge Colleen Kollar-Kotelly |
| Chi-Cha Lounge ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Latin Concepts LLC (**"Latin Concepts"**), by and through its undersigned counsel, respectfully submits this Memorandum in Support of Defendant's Motion to Dismiss the Complaint filed by Plaintiff Gregory St. Clair and in support thereof states as follows:

This Complaint should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 12(b)(6) provides that: "[e]very defense, in law or in fact, to a claim for relief in any pleading…shall be asserted in the responsive pleading thereto if one is required, except that the following defenses may at the option of the pleader be made by motion…(6) failure to state a claim." Fed. R. Civ. 12(b)(6). In the alternative, Defendant would request that this Court rule in its favor pursuant to Federal Rule of Civil Procedure 12(c). "[T]he legal standards for review of motions pursuant to [FRCP] 12(b)(6) and 12(c) are indistinguishable…." DeMuria v. Hawkes, 328 F.3d 704, 706 n.1 (2d Cir. 2003).

On May 16, 2006, Plaintiff served via federal express Eli Hurwitz, Esq., registered agent for Latin Concepts LLC, with the Complaint in the above captioned matter. Mr. Hurwitz had no

opportunity to review the Complaint to determine if the Complaint against Latin Concepts was proper. Even a cursory review of the Complaint, however, demonstrates that Plaintiff has failed to sufficiently plead its claims against Defendant Latin Concepts.

Plaintiff has sued Latin Concepts alleging that it is doing business as Chi-Cha Lounge. In truth and in fact, while Latin Concepts is an LLC organized under the laws of the District of Columbia, it has no ownership interest in Chi-Cha Lounge nor does it trade as Chi-Cha Lounge. It is a separate entity wholly owned and managed by Alfredo Mauricio Fraga-Rosenfeld. (See Declaration of Alfredo Mauricio Fraga-Rosenfeld attached hereto as <u>Exhibit A</u>).

Even if Plaintiff's claims have any substantive merit whatsoever, Defendant Latin Concepts LLC has done nothing improper and cannot be charged for the alleged actions of an employee of Chi-Cha Lounge when it has no ownership interest in Chi-Cha Lounge.

Accordingly, the Complaint in this case should be dismissed in its entirety for Plaintiff's failure state a claim against Defendant Latin Concepts. In the alternative, this Court should rule on the face of the pleadings in Defendant's favor pursuant to Fed. R. Civ. P. 12(c).

        Respectfully submitted,

        THOMPSON HINE LLP


By:        /s/
    Christopher "Kip" Schwartz (444650)
    Brooke Falk-McEnery (492513)
    Thompson Hine LLP
    1920 N Street, N.W.
    Suite 800
    Washington, D.C. 20036
    (202) 331-8800
    Fax: (202) 331-8330

    Counsel for Defendant
    Latin Concepts, LLC

**Certificate of Service**

     I hereby certify that on this 7th day of June, 2006, a true and correct copy of the foregoing documents including Defendant's Motion to Dismiss and accompanying Memorandum in Support Thereof and Proposed Order have been served via first class mail upon the following:

     Jimmy A. Bell, Esquire
     The Law Office of Jimmy Bell, P.C.
     9610 Marlboro Pike
     Upper Marlboro, Maryland  20772

     Counsel for Plaintiff


                                                   /s/
                                            Kip Schwartz