## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY ST. CLAIR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv00922 (CKK) |
| ) | |
| LATIN CONCEPTS, LLC d/b/a ) | Judge Colleen Kollar-Kotelly |
| Chi-Cha Lounge ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ALFREDO MAURICIO FRAGA-ROSENFELD

I, Alfredo Mauricio Fraga-Rosenfeld, hereby declare as follows:

1. I am over the age of 18 and competent to testify to the information herein if asked.

2. I am the sole owner and managing member of Latin Concepts, LLC.

3. Latin Concepts, LLC is a limited liability company formed under the laws of the District of Columbia in July, 2004.

4. Latin Concepts, LLC has never had any ownership interest in Chi-Cha Lounge nor does it trade as Chi-Cha Lounge or operate Chi-Cha Lounge.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Alfredo Mauricio Fraga-Rosenfeld

Dated: June 7, 2006