UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GREGORY ST. CLAIR**  )<br>                                                  )<br>       **Plaintiff,**                          )<br>                                                  )<br>       v.                                        )<br>                                                  )<br>**LATIN CONCEPTS, LLC d/b/a**   )<br>   Chi-Cha Lounge                       )<br>                                                  )<br>       **Defendant.**                       )<br>                                                  ) | Civil Action No. 1:06cv00922 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

## **PROPOSED ORDER**

UPON CONSIDERATION OF Defendant, Latin Concepts LLC's, Motion to Dismiss, and the Opposition thereto, it is hereby ORDERED that the Motion to Dismiss is GRANTED, in its entirety and the Complaint is DISMISSED with prejudice.

ENTERED this ___ day of _____, 2006.

_____
Honorable Judge Colleen Kollar-Kotelly

179824